UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID FERNANDEZ and O.E.M. of CONNECTICUT, INC. d/b/a O.E.M. AMERICA,<br>　　　　　Plaintiff,<br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>3:15-CV-00228 (MPS)<br><br><br><br><br><br><br>APRIL 25, 2018 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41 (a)(1)(ii), the parties in the above captioned matter hereby stipulate to the dismissal of the above-captioned lawsuit with prejudice and with no costs or fees to either party.

Dated: April 25, 2018

PLAINTIFFS,

DAVID FERNANDEZ and O.E.M.
of CONNECTICUT, INC. d/b/a O.E.M.
AMERICA

By _____/s/_____
　D. Lincoln Woodard
　Fed. Bar No. ct 20723
　Walsh Woodard LLC
　527 Prospect Avenue
　West Hartford, CT 06105
　Tel:  (860) 549-8440
　Fax: (860) 549-8443
　lwoodard@walshwoodard.com

DEFENDANTS,

ZURICH AMERICAN INSURANCE
COMPANY

By _____/s/_____
　Gabriel E. Darwick
　Fed. Bar No. GD 4168
　Coughlin Duffy LLP
　Wall Street Plaza
　88 Pine Street, 28th Floor
　New York, New York  10005
　gdarwick@coughlinduffy.com
　Direct: 212-612-4999
　Main: 212-483-0105
　Fax: 212-480-3899